**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                  Plaintiff,<br><br>       v.<br><br>**ANTHONY WEST,**<br><br>                  Defendant. | CR NO: 2:19-CR-0007 GEB |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Anthony West | |
| Detained at: | CCC - Susanville | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Shea J. Kenny |
| Printed Name & Phone No: | Shea J. Kenny (916) 554-2764 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 23, 2019

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | BH1733 | DOB: | 01/19/1976 |
| Facility Address: | 711-45 Center Road, Susanville, CA 96127 | Race: | |
| Facility Phone: | 530 257-2181 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____      _____
                                                                      (signature)