| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant<br>ANTHONY WEST |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-007 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ANTHONY WEST, | DATE: July 12, 2019<br>TIME 9:00 a.m. |
| Defendant. | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Shea Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Anthony West, that the status conference scheduled for July 12, 2019 be vacated and be continued to September 27, 2019 at 9:00 a.m.

The government has provided as discovery in this case 110 pages of investigative reports, search warrant applications and affidavits, and criminal history information. In addition to these documents, the discovery also includes approximately 138 photographs from the scene of the incident as well as video files.

The reasons for the requested continuance are to allow defense counsel to continue reviewing discovery with the defendant, pursue investigation, continue negotiations toward a non-trial disposition, conduct further legal research, including into the applicability of potential

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

sentencing adjustments and their potential impact on the defendant's sentence should the parties resolve this case pre-trial, and otherwise prepare for trial.

Counsel for the defendant believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including September 27, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 9, 2019      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for ANTHONY WEST

DATED: July 9, 2019      MCGREGOR W. SCOTT
United States Attorney

*/s/ Shea Kenny*
SHEA KENNY
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 27, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 12, 2019 status conference shall be continued until September 27, 2019, at 9:00 a.m.

Dated: July 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge