HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ANTHONY WEST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-007 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE |
| v. | |
| ANTHONY WEST, | DATE: December 20, 2019<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Shea Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Anthony West, that the status conference scheduled for December 20, 2019 be vacated and be advanced to December 13, 2019 at 9:00 a.m. for a hearing on status of counsel.

DATED: December 5, 2019        Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Noa E. Oren*
                                      NOA E. OREN
                                      Assistant Federal Defender
                                      Attorney for ANTHONY WEST

DATED: December 5, 2019   MCGREGOR W. SCOTT
United States Attorney

*/s/ Shea Kenny*
SHEA KENNY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the December 20, 2019 status conference advanced to December 13, 2019, at 9:00 a.m. and set for status of counsel.

Dated: December 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge