McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00007 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ANTHONY WEST, | DATE: January 9, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2020. Subsequently, the Court on its own motion continued the January 9, 2020 status conference to April 2, 2020. Dkt. 28.

2. By this stipulation, defendant now moves to continue the January 9, 2020, status conference for the reasons set forth below and to exclude time between January 9, 2020, and April 2, 2020, under Local Code T4. The parties further request that this Stipulation and Order supersede the Court's minute order filed on December 18, 2019, Dkt. 28, continuing the status conference.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On December 13, 2019, the defendant's previous attorney was relieved as counsel following a hearing before the Honorable Garland E. Burrell, Jr. Dkt. 23. The Honorable

1    Garland E. Burrell, Jr. set the case for a status conference to be held on January 10, 2020 and
2    excluded time through that date pursuant to Local Code T4.  Dkt. 23.
3            b)      On December 13, 2019, the Honorable Garland E. Burrell, Jr. further ordered that
4    the Clerk of the Court reassign the case to another judge.  Dkt. 24.
5            c)      On December 16, 2019, Todd Leras was appointed as counsel for the defendant.
6    Dkt. 25.
7            d)      On December 16, 2019, the Clerk of the Court reassigned this case to the
8    Honorable Morrison C. England for all further proceedings.  Dkt. 26.
9            e)      On December 17, 2019, the Court on its own motion reset the January 10, 2020,
10   status conference to January 9, 2010.  Dkt. 27.  Thereafter, on December 18, 2019, the Court on
11   its own motion continued the January 9, 2020 status conference to April 2, 2020. Dkt. 28.
12           f)      Discovery associated with this case includes approximately 110 pages of
13   investigative reports, search warrant applications and affidavits, and the defendant's criminal
14   history information.  In addition to these documents, the discovery also includes approximately
15   138 photographs from the execution of the search warrant in relation to this case, as well as
16   several hours of video footage of interviews with the defendant.  All of this discovery has been
17   produced, or will be produced shortly, directly to the defendant's new counsel and/or made
18   available for inspection and copying.
19           g)      Due to the fact that counsel for the defendant has just recently been appointed to
20   the case, counsel for the defendant requires additional time to review the discovery that has been
21   produced or made available, to review the case, to conduct investigation related to the charges, to
22   conduct legal research, to consult with his client regarding the case and potential resolutions, and
23   to otherwise prepare for trial.
24           h)      Counsel for defendant believes that failure to grant the above-requested
25   continuance would deny him the reasonable time necessary for effective preparation, taking into
26   account the exercise of due diligence.
27           i)      The government does not object to the continuance.
28           j)      Based on the above-stated findings, the ends of justice served by continuing the

1  case as requested outweigh the interest of the public and the defendant in a trial within the
2  original date prescribed by the Speedy Trial Act.
3       k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
4  et seq., within which trial must commence, the time period of January 10, 2020 to April 2, 2020,
5  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
6  because it results from a continuance granted by the Court at defendant's request on the basis of
7  the Court's finding that the ends of justice served by taking such action outweigh the best interest
8  of the public and the defendant in a speedy trial.
9       l) This order shall supersede the minute order issued by the Court on December 18,
10 2019 at Docket No. 28.  The January 9, 2020, status conference shall be continued to April 2,
11 2020, and the time period of January 10, 2020 to April 2, 2020, inclusive, is deemed excludable
12 pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for the reasons stated in this
13 stipulation and order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 23, 2019   McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: December 23, 2019   /s/ TODD LERAS
TODD LERAS
Counsel for Defendant
ANTHONY WEST

**ORDER**

IT IS SO ORDERED.

Dated: January 6, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE