PHILLIP A. TALBERT
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WEST, <br><br> Defendant. | CASE NO. 2:19-cr-00007-MCE <br><br> **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** <br><br> DATE: August 12, 2021 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 12, 2021.

2. By this stipulation, defendant now moves to continue the status conference until **October 14, 2021**, **at 10:00 a.m.**, and to exclude time between August 12, 2021, and October 14, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On December 13, 2019, the defendant's previous attorney was relieved as counsel following a hearing before the Honorable Garland E. Burrell, Jr. Dkt. 23.

    b) On December 16, 2019, Todd Leras was appointed as counsel for the defendant. Dkt. 25. Mr. Leras received the case file from defendant's previous counsel in January 2020.

c)       The government has represented that the discovery associated with this case includes approximately 110 pages of investigative reports, search warrant applications and affidavits, and the defendant's criminal history information.  In addition to these documents, the discovery also includes approximately 138 photographs from the execution of the search warrant in relation to this case, as well as several hours of video footage of interviews with the defendant.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

d)       Counsel for defendant desires additional time to review the discovery that has been produced or made available, to review the case, to conduct investigation related to the charges, to conduct legal research regarding the charges and potential sentencing factors, to consult with his client regarding the case and potential resolutions, including a plea offer made by the government, and to otherwise prepare for trial.  In addition, counsel for defendant desires additional time to conduct investigation into and obtain potential mitigation information that defense counsel was previously unable to obtain due to the ongoing pandemic.  In addition, counsel for defendant requires additional time to research the potential implication of this mitigation information on sentencing in this matter and to consult with his client and the government regarding the same.

e)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)       The government does not object to the continuance.

g)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2021 to October 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 5, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ SHEA J. KENNY
                                          SHEA J. KENNY
                                          Assistant United States Attorney

Dated:  August 5, 2021                    /s/ TODD LERAS
                                          TODD LERAS
                                          Counsel for Defendant
                                          ANTHONY WEST

**ORDER**

IT IS SO ORDERED.

Dated:  August 9, 2021

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          SENIOR UNITED STATES DISTRICT JUDGE