LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANTHONY WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ANTHONY WEST,<br><br>         Defendant. | Case No.: 2:19-cr-007 JAM<br><br>ORDER TO SET SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. John A. Mendez |

   This matter was scheduled for a Sentencing Hearing before Senior United States District Judge Morrison C. England, Jr., on December 16, 2021.  The Chief Judge reassigned the matter to this Court, by Minute Order dated November 9, 2021 (ECF Entry 83).  The Reassignment Order also vacated the Sentencing Hearing and directed the parties to re-schedule the matter

ORDER SETTING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

before this Court.  The parties therefore submit this request to set the Sentencing Hearing on March 1, 2022, at 9:30 a.m., and to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule.

The assigned probation officer has confirmed his availability on the requested date.  The Probation Department has already prepared a Draft PSR, and defense counsel has submitted an Informal Objection Letter.  The government, defense counsel, and the probation officer propose to modify the PSR disclosure schedule as follows:

1. Final PSR Date:   February 8, 2022;

2. Motion for Correction Date:  February 15, 2022; and

3. Reply Date:  February 22, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  December 9, 2021

By   */s/ Todd D. Leras for*  
    BRIAN A. FOGERTY  
    Assistant United States Attorney

DATED: December 9, 2021

By   */s/ Todd D. Leras*  
    TODD D. LERAS  
    Attorney for Defendant  
    ANTHONY WEST

ORDER SETTING  
SENTENCING HEARING AND  
MODIFYING PSR DISCLOSURE SCHEDULE

# ORDER

The Judgment and Sentencing Hearing in this matter is set on March 1, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: December 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER SETTING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE