LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANTHONY WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTHONY WEST,<br><br>  Defendant. | Case No.: 2:19-cr-007 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Date:     March 1, 2022<br>Time:    9:30 a.m.<br>Court:    Hon. John A. Mendez |

This matter is scheduled for a Sentencing Hearing on March 1, 2022. The parties jointly request to continue the Sentencing Hearing to April 12, 2022, and to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule.

ORDER SETTING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

The assigned probation officer has confirmed his availability on the requested date. The Probation Department has already prepared a Draft PSR, responded to Defendant's Informal Objection Letter, and prepared and filed a Final PSR in the case. The government, defense counsel, and the probation officer propose to modify the PSR disclosure schedule as follows:

1. Motion for Correction Date: March 29, 2022; and

2. Reply Date: April 5, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: February 14, 2022                By    /s/ Todd D. Leras for
                                                BRIAN A. FOGERTY
                                                Assistant United States Attorney


DATED: February 14, 2022                By    /s/ Todd D. Leras
                                                TODD D. LERAS
                                                Attorney for Defendant
                                                ANTHONY WEST

ORDER SETTING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to April 12, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER SETTING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE