LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANTHONY WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY WEST,<br><br>　　　　Defendant. | Case No.: 2:19-cr-007 JAM<br><br>REQUEST TO FILE UNDER SEAL AND ORDER<br><br>Date:  April 12, 2022<br>Time:  9:30 a.m.<br>Court:  Hon. John A. Mendez |

　　　　Pursuant to Local Rule 141(b), Defendant, Anthony West, by and through his Counsel, Todd D. Leras, respectfully requests an Order sealing the Declaration of Todd D. Leras offered as Exhibit D in support of Defendant Anthony West's Sentencing Memorandum.  The Declaration contains private information concerning the health condition of Anthony West.

　　　　The Court may order documents to be filed under seal.  While the press and the public have a presumed right of access to court proceedings and documents under the first amendment,

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. Id. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the closure order was properly entered. Id.

Here, the Defense seeks to file the supporting declaration under seal because of the nature of the information contained within the declaration. The information within the declarations includes a description of Anthony West's personal identifying information (including his date of birth), his present health condition, and information related to diagnosis and treatment of a previous medical condition suffered by Anthony West.

Respectfully Submitted,

Dated: April 5, 2022                                         /s/  Todd D. Leras
                                                             TODD D. LERAS
                                                             Attorney for ANTHONY WEST

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

**ORDER**

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF INVESTIGATOR ATTORNEY TODD D. LERAS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND THE EXHIBIT ATTACHED TO THE DECLARATION, shall be sealed until further order of this Court.

Dated:  April 6, 2022                          /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL