UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 13, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY WEST<br><br>　　　　Defendant. | Case No.  2:19-cr-0007 JAM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY WEST Case No. 2:19-cr-0007 JAM  Charges 18 USC § 3606 from custody for the following reasons:

　　__X__   Release on Personal Recognizance

　　_____   Bail Posted in the Sum of $ _____

　　　　_____   Unsecured Appearance Bond $ _____

　　　　_____   Appearance Bond with 10% Deposit

　　　　_____   Appearance Bond with Surety

　　　　_____   Corporate Surety Bail Bond

　　　　_____   (Other): _.

Issued at Sacramento, California on June 13, 2024 at 2:12 PM

　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney